# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

| | | |
|---|---|---|
| In Re: | LEON J. SINGLETON | Case Number: 06-71072 |
| | 2120 LATHAM AVENUE, APT. 1 | |
| | ROCKFORD, IL  61103 | SSN-xxx-xx-0280 |

| | | |
|---|---|---|
| | Case filed on: | 6/21/2006 |
| | Plan Confirmed on: | 8/21/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,210.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 991.73 | 0.00 |
| | Total Legal | 2,500.00 | 2,500.00 | 991.73 | 0.00 |
| | | | | | |
| 002 | CALCARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS DEPARTMENT OF CORRECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ILLINOIS DEPARTMENT OF TRANSPORTATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURI | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDIT PROTECTION ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TELECHECK SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TBS RECOVERY SERVCIE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | SWEDISH AMERICAN ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | AAM, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | LEON J. SINGLETON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 001 | CALCARS | 5,700.00 | 5,700.00 | 688.96 | 410.67 |
| 054 | MATHEW POLNOW | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 5,700.00 | 5,700.00 | 688.96 | 410.67 |
| | | | | | |
| 003 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN CASH & GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CLERK OF THE CURCUIT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ERIE INSURANCE GROUP | 3,297.88 | 3,297.88 | 0.00 | 0.00 |
| 009 | HERMAN SHELTON | 10,000.00 | 10,000.00 | 0.00 | 0.00 |
| 010 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS DEPARTMENT OF CORRECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ILLINOIS DEPT. OF EMP SECURITY | 683.00 | 683.00 | 0.00 | 0.00 |
| 017 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JAMES AND CHRISTINE WYNICK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | KISHWAUKEE AUTO PARTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LORRAINE DIXON | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MARK BERGER MOTORS | 3,289.51 | 3,289.51 | 0.00 | 0.00 |
| 026 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MUTUAL MANAGEMENT SERVICES | 2,466.43 | 2,466.43 | 0.00 | 0.00 |
| 034 | GLOBAL PAYMENTS | 118.88 | 118.88 | 0.00 | 0.00 |
| 036 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | UNITED CREDIT SERVICE INC | 5,162.00 | 5,162.00 | 0.00 | 0.00 |
| 040 | ROCKFORD MERCANTILE AGENCY INC | 13,764.10 | 13,764.10 | 0.00 | 0.00 |
| 044 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

| | | | | | |
|---|---|---|---|---|---|
| 046 | STATE FARM MUTUAL AUTOMOBILE INS CO | 2,774.00 | 2,774.00 | 0.00 | 0.00 |
| 048 | SWEDISH AMERICAN ER PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | SWEDISH AMERICAN ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | SWEDISH AMERICAN MSO | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | COTTONWOOD FINANCIAL | 1,405.52 | 1,405.52 | 0.00 | 0.00 |
| 055 | NATIONAL CITY BANK | 212.89 | 212.89 | 0.00 | 0.00 |
| 056 | NICOR GAS | 204.63 | 204.63 | 0.00 | 0.00 |
| 057 | HERMAN SHELTON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 43,378.84 | 43,378.84 | 0.00 | 0.00 |
| | Grand Total: | 51,578.84 | 51,578.84 | 1,680.69 | 410.67 |

Total Paid Claimant:     $2,091.36
Trustee Allowance:       $118.64
Percent Paid Unsecured:  0.00

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan